No. 86–6746. MAX v. LANE, DIRECTOR, ILLINOIS DEPARTMENT OF CORRECTIONS. C. A. 7th Cir. Certiorari denied.

No. 86–6756. COOPER v. SIMON. Ct. App. Mo., Western Dist. Certiorari denied.

No. 86–6760. SEARS v. MARYLAND. Ct. Sp. App. Md. Certiorari denied.

No. 86–6761. WILSON v. MCKENNA ET AL. C. A. 6th Cir. Certiorari denied.

No. 86–6776. BUTLER v. WELSCHMEYER. C. A. 8th Cir. Certiorari denied.

No. 86–6789. MOORE v. OHIO. Ct. App. Ohio, Butler County. Certiorari denied.

No. 86–6791. HERNANDEZ-CANO v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 86–6796. EASLEY v. PETSOCK, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AND DIAGNOSTIC AND CLASSIFICATION CENTER AT PITTSBURGH, ET AL. C. A. 3d Cir. Certiorari denied.

No. 86–6811. PORTER v. DUGGER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 86–6814. MONTGOMERY v. UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 86–6832. THOMPSON v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 86–6834. MOORE v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 86–6848. PAGE v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 86–1353. FOLTZ, WARDEN v. THIGPEN. C. A. 6th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.